UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Chicago Title Insurance Company, et al.,

    Plaintiffs,

vs.                                                                                                  Court File No:  11-CV-03314 SRN/AJB

Sportsmens Contracting, Inc., et al.,

    Defendants.
_____

## MOTION FOR SUMMARY JUDGMENT
_____

    Defendants Cushman Realty, Inc. and Todd Cushman hereby move the Court for an Order granting Defendants Motion for Summary Judgment against Plaintiffs Chicago Title Insurance Company, et al., pursuant to Federal Rule of Civil Procedure 56(a), the applicable case law, and the files and proceedings herein.

Date:  December 19, 2012                            **FULLER, SEAVER, SWANSON & KELSCH, P.A.**

                                                                         */s/ Chad A. Kelsch*
                                                                         Chad A. Kelsch (#300974)
                                                                         5500 Wayzata Boulevard, Suite 1025
                                                                         Golden Valley, MN  55416
                                                                         Telephone:  763-398-1676
                                                                         Email:  ckelsch@fssklaw.com
                                                                         *Attorneys for Defendants Cushman Realty, Inc. and Todd Cushman*