UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company;<br><br>     Plaintiff,<br>vs.<br><br>Sportsmens Contracting, Inc.; Lincoln Homes, Inc.; Pentagon Real Estate Group, Inc.; Premier Real Estate Services, LLC; Cushman Realty, Inc.; Wells Title, LLC; Trend Title, LLC; Thinh Tran a/k/a Tim Tran; Vince Long Nguyen; Truang Quang Tran a/k/a Trung Calvin Tran; Katie Thi Tran; Lua Nguyen; Vera Solodovnikova; Lien Phuong Thi Tran, Susanne E. Mathis; and David L. Germain, Jr.; Derrick A. Johnson; Daniel S. Rollings; Guarantee Trust & Title Corporation; Rachael Brabant; Perfection Lending, Inc.; Invescorp, Inc.; Todd Cushman;<br>     Defendants. | Case No. 11-cv-03314 – SRN/AJB<br><br><br>**STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT DANIEL S. ROLLINGS WITH PREJUDICE** |

  Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), it is hereby stipulated and agreed by and between Plaintiff Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company ("Plaintiff"), and Defendant Daniel S. Rollings ("Rollings"), that the Plaintiff's claims against Rollings are hereby dismissed with prejudice, and without costs to either party.  This Stipulation does not affect Plaintiff's claims against any of the remaining Defendants in this action.

2

Dated: <u>12-9-              </u>, 2012.     <u>s/ Dan Rollings</u>
                                          Daniel S. Rollings, Pro Se
                                          945 143rd Avenue NW
                                          Andover, MN 55304-7727
                                          Phone: (612) 743-7279


Dated: <u>January 14      </u>, 2012.     MACKALL, CROUNSE & MOORE, PLC

                                          <u>s/Tim A. Staum</u>
                                          Matthew A. Anderson, # 284257
                                          Tim A. Staum, # 0190470
                                          Daniel J. Sathre, #0390488
                                          1400 AT&T Tower
                                          901 Marquette Avenue
                                          Minneapolis, MN 55402
                                          Phone: (612) 305-1400
                                          ***Attorneys for Plaintiff Chicago Title Insurance Company***

2901922.1-TAS