**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company;<br><br>    Plaintiff,<br>vs.<br><br>Sportsmens Contracting, Inc.; Lincoln Homes, Inc.; Pentagon Real Estate Group, Inc.; Premier Real Estate Services, LLC; Cushman Realty, Inc.; Wells Title, LLC; Trend Title, LLC; Thinh Tran a/k/a Tim Tran; Vince Long Nguyen; Truang Quang Tran a/k/a Trung Calvin Tran; Katie Thi Tran; Lua Nguyen; Vera Solodovnikova; Lien Phuong Thi Tran, Susanne E. Mathis; and David L. Germain, Jr.; Derrick A. Johnson; Daniel S. Rollings; Guarantee Trust & Title Corporation; Rachael Brabant; Perfection Lending, Inc.; Invescorp, Inc.; Todd Cushman;<br>    Defendants. | Case No. 11-cv-03314 (SRN/AJB)<br><br><br>**ORDER** |

---

  Based on the parties' Stipulation to Dismiss Daniel S. Rollings [Docket No. 97],

  IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Daniel S. Rollings only are DISMISSED WITH PREJUDICE and without costs to any party.

Dated:  January 15, 2013.        BY THE COURT:


                      s/Susan Richard Nelson
                      SUSAN RICHARD NELSON
                      United States District Judge