# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company;<br><br>    Plaintiff,<br>vs.<br><br>Sportsmens Contracting, Inc.; Lincoln Homes, Inc.; Pentagon Real Estate Group, Inc.; Premier Real Estate Services, LLC; Cushman Realty, Inc.; Wells Title, LLC; Trend Title, LLC; Thinh Tran a/k/a Tim Tran; Vince Long Nguyen; Truang Quang Tran a/k/a Trung Calvin Tran; Katie Thi Tran; Lua Nguyen; Vera Solodovnikova; Lien Phuong Thi Tran, Susanne E. Mathis; and David L. Germain, Jr.; Derrick A. Johnson; Daniel S. Rollings; Guarantee Trust & Title Corporation; Rachael Brabant; Perfection Lending, Inc.; Invescorp, Inc.; Todd Cushman;<br>    Defendants. | Case No. 11-cv-03314 – SRN/AJB<br><br>**STIPULATION TO DISMISS DEFENDANTS CUSHMAN REALTY, INC. AND TODD CUSHMAN WITH PREJUDICE** |

  Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), it is hereby stipulated and agreed by and between Plaintiff Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company ("Plaintiff"), and Defendants Cushman Realty, Inc. ("Cushman Realty") and Todd Cushman ("T. Cushman"), through their respective attorneys, that the Plaintiff's claims against Cushman Realty and T. Cushman are hereby dismissed with prejudice, and without costs to either party. This Stipulation does not affect Plaintiff's claims against any of the remaining Defendants in this action.

| | |
|---|---|
| Dated: May 7, 2013. | FULLER, SEAVER, SWANSON & KELSCH, P.A. |

/s/ Chad A. Kelsch
Chad A. Kelsch, # 0300974
5500 Wayzata Blvd., Suite 1025
Golden Valley, MN 55416
Phone: (763) 398-1676
*Attorneys for Defendants Cushman Realty, Inc. and Todd Cushman*

| | |
|---|---|
| Dated: May 7, 2013. | MACKALL, CROUNSE & MOORE, PLC |

/s/ Tim A. Staum
Matthew A. Anderson, # 284257
Tim A. Staum, # 0190470
Daniel J. Sathre, #0390488
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Phone: (612) 305-1400
*Attorneys for Plaintiff Chicago Title Insurance Company*