UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company;<br><br>  Plaintiff,<br>vs.<br><br>Sportsmens Contracting, Inc.; Lincoln Homes, Inc.; Pentagon Real Estate Group, Inc.; Premier Real Estate Services, LLC; Cushman Realty, Inc.; Wells Title, LLC; Trend Title, LLC; Thinh Tran a/k/a Tim Tran; Vince Long Nguyen; Truang Quang Tran a/k/a Trung Calvin Tran; Katie Thi Tran; Lua Nguyen; Vera Solodovnikova; Lien Phuong Thi Tran, Susanne E. Mathis; and David L. Germain, Jr.; Derrick A. Johnson; Daniel S. Rollings; Guarantee Trust & Title Corporation; Rachael Brabant; Perfection Lending, Inc.; Invescorp, Inc.; Todd Cushman;<br><br>  Defendants. | Case No. 11-cv-03314 – SRN/AJB<br><br><br><br>**STIPULATION FOR WITHDRAWAL OF ANSWER AND CROSSCLAIM OF PENTAGON REAL ESTATE GROUP, INC.** |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), it is hereby stipulated and agreed by and between Plaintiff Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company ("Plaintiff"), and Defendant Pentagon Real Estate Group, Inc. ("Pentagon"), that Pentagon's Answer to the Second Amended Complaint and Crossclaim, as well as its earlier filed Answers and Crossclaims, shall be withdrawn, and CTIC shall be permitted to obtain default judgment against Pentagon in the amount of $2,529,734.67 or whatever amount the Court deems appropriate pursuant to the pending motion for default judgment which is to be heard on May 14, 2013.

2

This Stipulation does not affect Plaintiff's claims against any of the remaining Defendants in this action.

Dated: May 7, 2013.                  STEVEN J. LODGE, PLLC

/s/ Steven J. Lodge
Steven J. Lodge, # 0256146
2006 1st Avenue N., Suite 201
Anoka, MN 55303
Phone: (763) 427-9066
*Attorneys for Defendant*
*Pentagon Real Estate Group, Inc.*

Dated: May 7, 2013.                  MACKALL, CROUNSE & MOORE, PLC

/s/ Tim A. Staum
Matthew A. Anderson, # 284257
Tim A. Staum, # 0190470
Daniel J. Sathre, #0390488
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Phone: (612) 305-1400
*Attorneys for Plaintiff Chicago Title*
*Insurance Company*