# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company;<br><br>          Plaintiff,<br>vs.<br><br>Sportsmens Contracting, Inc.; Lincoln Homes, Inc.; Pentagon Real Estate Group, Inc.; Premier Real Estate Services, LLC; Cushman Realty, Inc.; Wells Title, LLC; Trend Title, LLC; Thinh Tran a/k/a Tim Tran; Vince Long Nguyen; Truang Quang Tran a/k/a Trung Calvin Tran; Katie Thi Tran; Lua Nguyen; Vera Solodovnikova; Lien Phuong Thi Tran, Susanne E. Mathis; and David L. Germain, Jr.; Derrick A. Johnson; Daniel S. Rollings; Guarantee Trust & Title Corporation; Rachael Brabant; Perfection Lending, Inc.; Invescorp, Inc.; Todd Cushman;<br>          Defendants. | Case No. 11-cv-03314 SRN/AJB<br><br>**ORDER** |

      Based on the parties' Stipulation to Dismiss Cushman Realty, Inc. and Todd Cushman [Docket No. 136],

      IT IS HEREBY ORDERED that Plaintiff's claims against Defendants Cushman Realty, Inc. and Todd Cushman only are DISMISSED WITH PREJUDICE and without costs to any party.

Dated: May 8, 2013.            BY THE COURT:

                                              s/Susan Richard Nelson<br>
                                              SUSAN RICHARD NELSON<br>
                                              United States District Judge