UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company;<br><br>               Plaintiff,<br>vs.<br><br>Sportsmens Contracting, Inc.; Lincoln Homes, Inc.; Pentagon Real Estate Group, Inc.; Premier Real Estate Services, LLC; Cushman Realty, Inc.; Wells Title, LLC; Trend Title, LLC; Thinh Tran a/k/a Tim Tran; Vince Long Nguyen; Truang Quang Tran a/k/a Trung Calvin Tran; Katie Thi Tran; Lua Nguyen; Vera Solodovnikova; Lien Phuong Thi Tran, Susanne E. Mathis; and David L. Germain, Jr.; Derrick A. Johnson; Daniel S. Rollings; Guarantee Trust & Title Corporation; Rachael Brabant; Perfection Lending, Inc.; Invescorp, Inc.; Todd Cushman;<br>               Defendants. | Case No. 11-cv-03314 SRN/AJB<br><br><br>**ORDER** |

_____

Based on the parties' Stipulation for Withdrawal of Answer and Crossclaim of Pentagon Real Estate Group, Inc. [Docket No. 137],

IT IS HEREBY ORDERED that the Answer and Crossclaim of Pentagon Real Estate Group, Inc. shall be withdrawn, and Plaintiff shall be permitted to obtain default judgment against Pentagon Real Estate Group, Inc. in connection with Plaintiff's pending motion for default judgment to be heard by the Court on May 14, 2013.

Dated: May 8, 2013.
                                                          BY THE COURT:

                                                          s/Susan Richard Nelson
                                                          SUSAN RICHARD NELSON
                                                          United States District Judge