# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company; | Case No. 11-cv-03314 – SRN/AJB |
| Plaintiff, | |
| vs. | **ORDER** |
| Sportsmens Contracting, Inc.; Lincoln Homes, Inc.; Pentagon Real Estate Group, Inc.; Premier Real Estate Services, LLC; Cushman Realty, Inc.; Wells Title, LLC; Trend Title, LLC; Thinh Tran a/k/a Tim Tran; Vince Long Nguyen; Truang Quang Tran a/k/a Trung Calvin Tran; Katie Thi Tran; Lua Nguyen; Vera Solodovnikova; Lien Phuong Thi Tran, Susanne E. Mathis; and David L. Germain, Jr.; Derrick A. Johnson; Daniel S. Rollings; Guarantee Trust & Title Corporation; Rachael Brabant; Perfection Lending, Inc.; Invescorp, Inc.; Todd Cushman; | |
| Defendants. | |

---

Based on the parties' Stipulation to Dismiss Rachael Brabant [Docket No. 143],

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Rachael Brabant only are DISMISSED WITH PREJUDICE and without costs to any party.

Dated:  May 13, 2013.                                        BY THE COURT:


                                                             s/Susan Richard Nelson
                                                             SUSAN RICHARD NELSON
                                                             United States District Judge