UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company;<br><br>     Plaintiff,<br>vs.<br><br>Sportsmens Contracting, Inc.; Lincoln Homes, Inc.; Pentagon Real Estate Group, Inc.; Premier Real Estate Services, LLC; Cushman Realty, Inc.; Wells Title, LLC; Trend Title, LLC; Thinh Tran a/k/a Tim Tran; Vince Long Nguyen; Truang Quang Tran a/k/a Trung Calvin Tran; Katie Thi Tran; Lua Nguyen; Vera Solodovnikova; Lien Phuong Thi Tran, Susanne E. Mathis; and David L. Germain, Jr.; Derrick A. Johnson; Daniel S. Rollings; Guarantee Trust & Title Corporation; Rachael Brabant; Perfection Lending, Inc.; Invescorp, Inc.; Todd Cushman;<br>     Defendants. | Case No. 11-cv-03314 – SRN/AJB<br><br><br><br>**STIPULATION TO DISMISS DEFENDANT VINCE LONG NGUYEN WITH PREJUDICE, AND FOR WITHDRAWAL OF ANSWER OF WELLS TITLE, LLC** |

  Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), it is hereby stipulated and agreed by and between Plaintiff Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company ("Plaintiff"), and Defendant Vince Long Nguyen ("V. Nguyen"), through their respective attorneys, that the Plaintiff's claims against V. Nguyen are hereby dismissed with prejudice, and without costs to either party. This Stipulation does not affect Plaintiff's claims against any of the remaining Defendants in this action.

  Further, Wells Title, LLC hereby stipulates and agrees that its Answer to the Amended Complaint of CTIC, which was earlier served but not filed with the Court, shall be withdrawn, and CTIC shall be permitted to obtain default judgment against Wells Title, LLC in the amount

of $2,529,734.67 or whatever amount the Court deems appropriate, pursuant to the pending motion for default judgment which is to be heard on May 14, 2013.

Further, V. Nguyen and Wells Title, LLC acknowledge that they have been afforded ample opportunity to consult with counsel, that they have declined to do so, and that they have entered into this Stipulation of their own free will, absent any duress or coercion.

Dated: May 21, 2013.                          s/Vince Long Nguyen
                                              Vince Long Nguyen, pro se


Dated: May 21, 2013.                          WELLS TITLE, LLC


                                              s/Vince Long Nguyen
                                              By:  Vince Long Nguyen
                                              Its:  President
                                              1902 7th Avenue East
                                              P.O. Box 512
                                              International Falls, MN 56679
                                              Phone:  (218) 417-0295

Dated: May 23, 2013.                          MACKALL, CROUNSE & MOORE, PLC


                                              s/Tim A. Staum
                                              Matthew A. Anderson, # 284257
                                              Tim A. Staum, # 0190470
                                              Daniel J. Sathre, #0390488
                                              1400 AT&T Tower
                                              901 Marquette Avenue
                                              Minneapolis, MN 55402
                                              Phone:  (612) 305-1400
                                              *Attorneys for Plaintiff Chicago Title Insurance Company*