UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Chicago Title Insurance Company, individually and as subrogee of AmTrust Bank, Wells Fargo Bank, N.A., Bank of America, N.A. and Minnesota Lending Company; | Case No. 11-cv-03314  SRN/AJB |
|                   Plaintiff,<br>vs. | **ORDER** |
| Sportsmens Contracting, Inc.; Lincoln Homes, Inc.; Pentagon Real Estate Group, Inc.; Premier Real Estate Services, LLC; Cushman Realty, Inc.; Wells Title, LLC; Trend Title, LLC; Thinh Tran a/k/a Tim Tran; Vince Long Nguyen; Truang Quang Tran a/k/a Trung Calvin Tran; Katie Thi Tran; Lua Nguyen; Vera Solodovnikova; Lien Phuong Thi Tran, Susanne E. Mathis; and David L. Germain, Jr.; Derrick A. Johnson; Daniel S. Rollings; Guarantee Trust & Title Corporation; Rachael Brabant; Perfection Lending, Inc.; Invescorp, Inc.; Todd Cushman;<br>                  Defendants. | |

_____

Based on the parties' Stipulation to Dismiss Vince Long Nguyen and for Withdrawal of Answer of Wells Title, LLC [Docket No. 154],

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Vince Long Nguyen only are DISMISSED WITH PREJUDICE and without costs to any party.

IT IS FURTHER ORDERED that the Answer of Wells Title, LLC shall be withdrawn, the Clerk of Court shall enter default against Wells Title, LLC, and CTIC

shall be permitted to obtain default judgment against Wells Title, LLC in connection with Plaintiff's pending motion for default judgment heard by the Court on May 14, 2013.

Dated:  May 23, 2013.                                      BY THE COURT:

                                                                       s/Susan Richard Nelson
                                                                       SUSAN RICHARD NELSON
                                                                       United States District Judge