# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Chicago Title Insurance Company | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff(s) | Case Number:   11-cv-3314 SRN/AJB |
| v. | |
| Sportsmens Contracting, Inc., Lincoln Homes, Inc., Pentagon Real Estate Group, Inc., Premier Real Estate Services, Inc., Cusman Realty, Inc., Wells Title, LLC, Trend Title, LLC, Thinh Tran, Vince Long Nguyen, Katie Thi Tran, Lua Nguyen, Vera Solodvnikova, Turuang Quang Tran, Lien Phuong Thi Tran, David L. Germaine, Jr. Susanne E. Mathis, Vera Solodovnikova, Derrick A. Johnson, Daniel S. Rollings, Guarantee Trust & Title Corporation, Rachel Brabant, Perfection Lending, Inc., Invescorp, Inc., Todd Cushman, Premier Real Estate Services, LLC | |
| Defendant(s) | |

It appearing that defendant(s) Pentagon Real Estate Group, Inc. is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Pentagon Real Estate Group, Inc.

this 30th day of May, 2013.

RICHARD D. SLETTEN, CLERK

s/Katie Thompson

(By)   Katie Thompson          Deputy Clerk

Form Modified 06/28/04